UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDMOND WADE GREEN, | ) | |
| Petitioner, | ) | 3:11-cv-00455-ECR-VPC |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, SR., *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On May 3, 2011, petitioner applied to the Ninth Circuit for authorization to file a second or successive petition and filed a petition with that court. On June 28, 2011, the Ninth Circuit transferred the petition to this court for filing as an original petition.

Petitioner submitted a motion for leave to proceed *in forma pauperis* when he submitted his petition to the Ninth Circuit. However, the information contained in that motion is now three months old. In order to assess petitioner's ability to pay the filing fee in this action, the court requires more current information. Petitioner shall be sent a motion for leave to proceed *in forma*

*pauperis* form, should he still wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the **Clerk shall** send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor. Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*. Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the Clerk of Court the full $5.00 filing fee. Failure to do so may result in the dismissal of this action.

Dated this 19th day of July 2011.

_____
UNITED STATES DISTRICT JUDGE

2